AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CASSANDRA BOSLEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PROFESSIONAL PARKING MANAGEMENT CORPORATION, and YSA ARM LLC d/b/a OXYGEN XL,<br><br>*Defendant(s)* | Civil Action No.  0:23-cv-60178-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Professional Parking Management Corporation
> 1314 East Las Olas Blvd, Suite 405
> Ft. Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> MARCUS ZELMAN, LLC
> 701 Brickell Avenue, Suite 1550
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Jan 31, 2023

Angela E. Noble
Clerk of Court

*s/ N. Wilner*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CASSANDRA BOSLEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PROFESSIONAL PARKING MANAGEMENT CORPORATION, and YSA ARM LLC d/b/a OXYGEN XL,<br><br>*Defendant(s)* | Civil Action No. 0:23-cv-60178-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> YSA Arm LLC d/b/a Oxygen XL
> 1 Hillcrest Center Drive, Suite 314
> Spring Valley, New York 10977

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> MARCUS ZELMAN, LLC
> 701 Brickell Avenue, Suite 1550
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jan 31, 2023

s/ N. Wilner
Deputy Clerk
U.S. District Courts

SUMMONS